# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

4/January 2012

142441

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ESTATE OF SHERRILL TURNER v NICHOLS

_____

DELAINA PATTERSON, as Personal
Representative for the Estate of Sherrill Turner,
Deceased, and Robert Turner, a Minor, Individually,
by his Next Friend, DELAINA PATTERSON,
          Plaintiff-Appellee,

v

SHERRY NICHOLS, a/k/a SHARON J.
NICHOLS,
          Defendant-Appellant,
and

TERRI SUTTON,
          Defendant.

SC: 142441
COA: 296198
Wayne CC: 08-111034-NO

_____/

On order of the Court, leave to appeal having been granted and the briefs and oral arguments of the parties having been considered by the Court, we VACATE our order of May 25, 2011. The application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is DENIED, because we are no longer persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

Clerk

t0118